UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON WIMBERLY,<br><br>       Plaintiff,<br><br>    -v-<br><br>ATLANTIC DIALYSIS<br>MANAGEMENT SERVICES, LLC,<br>       Defendant. | 24-CV-9269 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  Plaintiff Jason Wimberly, proceeding *pro se*, brings this action against Defendant Atlantic Dialysis Management Services, LLC, a limited liability company that Plaintiff alleges has its "principal place of business . . . in this district." (ECF No. 1 ¶ 4.) Publicly available information suggests that Defendant's principal place of business is located in College Point, Queens, which is in the Eastern District of New York, rather than the Southern District of New York. So that the Court may determine whether venue lies in this District pursuant to 28 U.S.C. § 1391(b)(2), Plaintiff is ORDERED to, no later than January 3, 2025, file a letter with the Court indicating the address of the dialysis center at which the acts and omissions alleged in the Complaint occurred. If the Court determines that venue properly lies in the United States District Court for the Eastern District of New York, it will transfer the case to that District, in which case Plaintiff will not be required to pay another filing fee.

  SO ORDERED.

Dated: December 10, 2024
   New York, New York

                     _____
                         J. PAUL OETKEN
                       United States District Judge

The Clerk is directed to mail a copy of this order to Plaintiff.