UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON WIMBERLY,<br><br>                         Plaintiff,<br><br>              -v-<br><br>ATLANTIC DIALYSIS<br>MANAGEMENT SERVICES, LLC,<br>                         Defendant. | 24-CV-9269 (JPO)<br><br>ORDER PERMITTING THE<br>DESIGNATION OF CERTAIN FILINGS<br>AS PARTY-VIEW-ONLY |

J. PAUL OETKEN, District Judge:

The parties have informed the Court that documents they intend to file in this case may contain sensitive, personally identifiable information. Both parties are authorized to request the filing under seal (party-view-only) of documents containing (1) medical records or (2) Social Security numbers. If any party files such a document, that party shall also file (or submit to the *Pro Se* Intake Unit) a redacted version of the document—with any medical records or Social Security numbers removed—to be filed on the public docket. The Clerk is directed to designate any document indicated by a party as containing unredacted medical records or Social Security numbers as party-view-only so long as a redacted version of the document is also supplied by that party. This Order shall remain in effect unless and until superseded by a subsequent order.

SO ORDERED.

Dated: February 21, 2025
       New York, New York

_____
               J. PAUL OETKEN
            United States District Judge