**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JASON WIMBERLY,

                        Plaintiff,

       -against-                                 24 **CIVIL** 9269 (JPO)

                                                      <u>**JUDGMENT**</u>

ATLANTIC DIALYSIS
MANAGEMENT SERVICES, LLC,

                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 29, 2025, Atlantic's motion to dismiss is GRANTED. Counts V, VI, VII, VIII, and IX are dismissed with prejudice. All other counts are dismissed without prejudice. Wimberly's motion to disqualify Atlantic's counsel is DENIED. Wimberly's motion for a declaratory judgment is DENIED, with prejudice as to his federal-law claims and without prejudice as to his state-law claims. Wimberly's letter motion for leave to file a surreply is DENIED. Judgment of dismissal is entered; accordingly, the case is closed.

**Dated:**  New York, New York

      April 29, 2025

                                           **TAMMI M HELLWIG**
                                      _____
                                          **Clerk of Court**

                      **BY:**          K. Mango
                                    _____
                                          **Deputy Clerk**